IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Larry and Ann Marie Clutter,<br><br>    Plaintiffs,<br><br>  v.<br><br>The United States of America,<br><br>    Defendant. | C/A No. 3:17-2119-JFA<br><br><br><br>**ORDER** |

The Court, having been advised by counsel that the claims of Larry and Anne Marie Clutter ("Plaintiffs") as against The United States of America ("Defendant") have been settled, and that Plaintiffs have agreed on terms for the dismissal of Defendant. The court hereby orders that this action be dismissed without costs and without prejudice.

If settlement as to Defendant is not consummated within a reasonable time, any party may, within 60 days, petition the court to reopen the action and restore it to the calendar. *See* Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, any party may, within 60 days, petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax Cnty.*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder as to Defendant shall be *with prejudice* if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

November 29, 2017                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                           United States District Judge